**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**FORWARD AIR, INC., et al.,**             Case No. 2:18-cv-744
                                           JUDGE SARAH D. MORRISON
      Plaintiffs,                   Magistrate Judge Chelsey M. Vascura

v.

**HUNTER LOGISTIC SERVICES, INC.,**
**et al.,**

      **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on March 11, 2019. (ECF No. 56.) In that filing, the Magistrate Judge recommended that this action against John Doe Defendants be dismissed without prejudice for failure to substitute their real names and effect service pursuant to Federal Rule of Civil Procedure 4(m). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 56) and **DISMISSES WITHOUT PREJUDICE** John Doe Defendants from this action.

      **IT IS SO ORDERED.**

                                      **/s/ Sarah D. Morrison**
                                      **SARAH D. MORRISON**
                                      **UNITED STATES DISTRICT JUDGE**